UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDSEY LAKEY,<br><br>                    Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                    Defendants. | CASE NO. 3:20-CV-05557-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 41), to which no objections were filed, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendant State of Washington's motion to dismiss (Dkt. 21) is granted and defendant State of Washington is dismissed with prejudice and without leave to amend. All other defendants remain at this time.

**IT IS SO ORDERED**.

- 1

1   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2   to any party appearing *pro se* at said party's last known address.
3   Dated this 10th day of August, 2021.

    ROBERT J. BRYAN
    United States District Judge

- 2